IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                CASE NO: 04-31881
                                                         CHAPTER 7

PENNIMAN, ERWIN

         Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 006 | Gulf States Airgas Credit Depart<br>190 James Drive East, Suite 150<br>St. Rose, LA 70087 | $35.98 |
| 021 | Arch Aluminum & Glass<br>Gables One Tower, Penthouse 1275<br>1320 South Dixie Hwy<br>Miami, FL 33146 | $4,296.73 |

The check mailed at the above address on April 7, 2009 has been returned by the Post Office, "return to sender - unable to forward".

Dated this 15th day of June, 2009.

                                                       /s/ Sherry F. Chancellor
                                                       Sherry F. Chancellor, Trustee
                                                       619 West Chase Street
                                                       Pensacola, Florida 32502
                                                       (850) 436-8445
                                                       Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Gulf States Airgas Credit Depart, 190 James Drive East, Suite 150, St. Rose, LA 70087; Arch Aluminum & Glass, Gables One Tower, Penthouse 1275, 1320 South Dixie Hwy, Miami, FL 33146 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 15th day of June, 2009.

      /s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee