United States Bankruptcy Court
Northern District of Florida

In re:  
E. Erwin Penniman  
    Debtor

Case No. 04-31881-KKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1129-3     User: akenningt     Page 1 of 1     Date Rcvd: Dec 27, 2017  
                      Form ID: pdf002     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
```
db             +E. Erwin Penniman,    703 Port Royal Way,    Pensacola, FL 32502-5790
               +Oak Point Partners, Inc.,    Eric A. Linn, President,    5215 Old Orchard Rd., Suite 965,
                 Skokie, IL 60077-1094
754908         +Arch Aluminum & Glass,    P. O .Box 11367,    Jackson, MS 39283-1367
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
                E-mail/Text: cmecf@dilksknopik.com Dec 28 2017 00:35:05      Dilks & Knopik, LLC,
                 Brian J. Dilks, Managing Member,    35308 SE Center St.,    Snoqualimie, WA 98065-9216
op             +E-mail/Text: cmecf@dilksknopik.com Dec 28 2017 00:35:05      Dilks & Knopik, LLC,
                 35308 SE Center St,    Snoqualmie, WA 98065-9216
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
```
              Eric B. Zwiebel    on behalf of Creditor    Banc of America Leasing and Capital, LLC.
               ezwiebel@bellsouth.net,    eservice@emzwlaw.com
              John E. Venn    on behalf of Debtor E. Erwin Penniman johnevennjrpa@aol.com,
               jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com
              John E. Venn    on behalf of Plaintiff E. Erwin Penniman johnevennjrpa@aol.com,
               jweber1861@aol.com;breeze1014@gmail.com;acv7398@aol.com
              Philip Alan Bates    on behalf of Creditor    Bank of Pensacola pbates@philipbates.net,
               swalton@philipbates.net;wwest@philipbates.net;dwatts@philipbates.net
              Sally Bussell Fox    on behalf of Creditor    JJW Services d/b/a AccuStaff sfox@esclaw.com,
               dbright@esclaw.com;kac@esclaw.com
              Sally Bussell Fox    on behalf of Creditor    Whitney National Bank sfox@esclaw.com,
               dbright@esclaw.com;kac@esclaw.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
              W. Keith Fendrick    on behalf of Defendant    Bank of America, N.A. keith.fendrick@hklaw.com,
               andrea.olson@hklaw.com
                                                                                              TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

E. ERWIN PENNIMAN,    CASE NO.: 04-31881-KKS
   CHAPTER: 7

   Debtor.
_____/

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (DOC. 78)

**THIS CASE** is before the Court on the Application for Payment of Unclaimed Funds (the "Application," Doc. 78) submitted by Dilks & Knopik, LLC ("Applicant") on behalf of Oak Point Partners, Inc. ("Claimant"). It is

**ORDERED**:

The Application for the Recovery of Unclaimed Funds (Doc. 78) is DISAPPROVED without prejudice for the following reason(s):

1. The *Notice of Payment of Unclaimed Funds Pursuant to 11 U.S.C. § 347* (Doc. 71) lists the creditor of this debt as Arch Aluminum & Glass, pursuant to POC 21-1. Arch Aluminum & Glass did not file POC 21-1, but did file POC 19-1.

SK

2. Janice A. Alwin signed a document attached to the Application entitled "Affidavit," purporting to verify that Eric A. Linn is the President of Claimant and has authority to collect any property belonging to Claimant (Doc. 78, Pg. 12). The documents attached to the Application do not show that Janice A. Alwin has authority to act on behalf of Claimant.

3. A document attached to the Application entitled "Purchase Agreement and Assignment of Claims and Interests," alleges that Arch Aluminum Liquidating Trust sold "known or unknown assets or claims," as well as "Remnant Assets" to Oak Point Partners, Inc. (Doc. 78-1, Pg. 4). The documents attached to the Application do not show that this debt is included in the assets, claims, or Remnant Assets sold from Arch Aluminum Liquidating Trust to Oak Point Partners, Inc.

4. John Pidcock signed the document entitled, "Purchase Agreement and Assignment of Claims and Interests," purportedly as "Liquidating Trustee" of Arch Aluminum Liquidating Trust. The documents attached to the Application do not show that John

Pidcock has authority to act on behalf of Arch Aluminum Liquidating Trust.

5. Additionally, the signature page of the document entitled "Purchase Agreement and Assignment of Claims and Interests" indicates that Arch Aluminum Liquidating Trust is the Successor in Interest to the Bankruptcy Estates of Arch Aluminum & Glass Co., Inc., Et Al. The documents attached to the Application do not support this assertion.

6. The documents attached to the Application show that the Arch Aluminum Liquidating Trust gave Claimant the right to file a notice of assignment of claim. No such document has been filed with the Court in this case.

DONE and ORDERED on December 27, 2017.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Copies to:
All parties in interest

Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
35308 SE Center St.
Snoqualmie, WA 98065

3